UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 0 3 2006

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. V-02-40 |
| | § | |
| DONNA DROSSART | § | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that she is financially unable to employ counsel, and does not wish to waive counsel. Because the interest of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant is this case.

SIGNED this 1st day of May, 2006.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE